UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIAM ANDERSON et al.,

                    Defendants.

Case No. 09-CR-1022 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      For the reasons that will be explained on the record Monday, July 11, 2011, at 9:00 A.M., the Government's motion to admit the prior arrests of Defendant Prince Marsh and Marsh's time in a halfway house is granted, and Marsh's motion to preclude this evidence is denied.

SO ORDERED.

DATED:      White Plains, New York
                July 8, 2011

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE